UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------x
COREY BAKER,                                           :
an individual,                                         :     CASE NO.: 2:16-cv-12497-KDE-JCW
                                                       :
         Plaintiff,                                    :
                                                       :     Judge: Kurt D. Engelhardt
vs.                                                    :
                                                       :
                                                       :     Magistrate: Joseph C. Wilkinson, Jr.
HOTEL 360, L.L.C., et al.,                             :
                                                       :
         Defendant.                                    :
---------------------------------------------------------x

## **ORDER**

   Having been advised that the parties have resolved Plaintiff's claims against defendant Hotel 360, L.L.C.,

   IT IS HEREBY ORDERED that all claims asserted by Plaintiff Corey Baker against Defendant Hotel 360, L.L.C. are hereby **DISMISSED WITH PREJUDICE,** with each party to bear their own costs and attorneys' fees, subject to this Court retaining jurisdiction to enforce the terms of the settlement agreement. See Fed. R. Civ. P. 41(a)(2); *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002).

   NEW ORLEANS, LOUISIANA, this  15th  day of _____March_____, 2017.

                                                  _____
                                                                JUDGE